IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GERALDINE JOHNSON,
        Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,
        Defendant.

Civil Action No.
04-CV-0765
FJS/GJD

**STIPULATION OF
REMAND**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties in the above-entitled action that the final decision of the Secretary is reversed and the case is remanded for pursuant to the fourth sentence of 42 U.S.C. § 405(g) **for the issuance of a fully favorable decision finding plaintiff disabled as of November 8, 2002.** The clerk is directed to enter judgment in this case.

Dated:

        Charles E. Binder, Esq.
        BINDER AND BINDER
        315 Park Avenue South, Ste 1600
        New York, New York 10010
        Attorney for Plaintiff

Dated: March 11, 2005

        GLENN T. SUDDABY
        United States Attorney
        P.O. Box 7198
        100 S. Clinton Street
        Syracuse, New York 13261-7198

By:  /S/ William H. Pease
        William H. Pease - 102338
        Assistant U.S. Attorney

SO ORDERED:
Dated: April 22, 2005
       Syracuse, New York

        GUSTAVE J. DIBIANCO
        U.S. MAGISTRATE JUDGE