# United States District Court
### Northern District of New York
# CIVIL JUDGMENT

**GERALDINE JOHNSON**

*Plaintiff*

        *VS.*              **5:04-CV-765 (FJS/GJD)**

**COMMISSIONER OF SOCIAL SECURITY**

*Defendant*

**[X] Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the final decision of the Secretary is hereby REVERSED and the case is REMANDED pursuant to the fourth sentence of 42 USC section 405(g) for the issuance of a fully favorable decision finding plaintiff disabled as of November 8, 2002.

All of the above pursuant to the Order of the Honorable Magistrate Judge Gustave J. DiBianco, dated the 22nd day of April, 2005.

**APRIL 25, 2005**                                      **LAWRENCE K. BAERMAN**
_____                    _____

**DATE**                                                          **CLERK OF COURT**

                                                             s/
                                                       _____

                                                       **JOANNE BLESKOSKI**
                                                       **DEPUTY CLERK**